IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| BOBBIE CLEAVLAND, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CV-2005-1529 |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY/ OLD MUTUAL FINANCIAL NETWORK, ALVERTIS DIXON, et al., | ) |
| Defendants. | ) |

## SUMMONS

NOTICE TO: Fidelity and Guaranty Life Insurance Company/
Old Mutual Financial Network
CSC Lawyers, Inc.
150 South Perry Street
Montgomery, AL 36104

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiff's attorney, Terry G. Key, whose address is Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C., P. O. Box 927, Dothan, Alabama, 36302. This Answer must be mailed or delivered within thirty (30) days after this Summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the Complaint. You must also file the original of your Answer with the Clerk of this Court.

EXHIBIT "A"

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the **Alabama Rules of Civil Procedure**: You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon Defendant Fidelity & Guaranty Life Insurance Company/Old Mutual Financial Network.

_6-24-05_     _Melissa Rittenour_     By: _BW_
Date                      Clerk/Register

**RETURN ON SERVICE:**

I certify that I personally delivered a copy of the Summons and Complaint to Fidelity in Montgomery County, Alabama on the _____ day of _____, 2005.

_____        _____
Server Signature                             Date

_____        _____
Address of Server                         Type of Process Server