**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 20, 2005

## NOTICE OF DEFICIENCY

**To:** Chad C. Marchand
**From:** Clerk's Office

**Case Style: Bobbie Cleavland vs. Fidelity & Guaranty Life Ins. Co., et al**

**Case Number: 2:05cv655-W**

**Referenced Pleadings: Notice of Removal - Doc. No. 1**
                                    **Answer - Doc. No. 2**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain an original signature nor the certificate of service pages were not signed. Please send corrected PDF showing original signature on pleadings and certificate of service pages.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature.**

PLEASE DO NOT E-FILE THESE DOCUMENTS.