IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBIE CLEAVLAND | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CV-02:05CV655-W |
| | * |
| FIDELITY & GUARANTY LIFE | * |
| INSURANCE COMPANY/ | * |
| OLD MUTUAL FINANCIAL | * |
| NETWORK, ALVERTIS DIXON, et al. | * |

NOTICE OF SERVICE

Comes now the Defendant, Fidelity & Guaranty Life Insurance Company and advises this Court that on the 16th day of September, 2005 the following documents were served on counsel for the Plaintiff:

1. Interrogatories and Request for Production
2. Notice of Deposition of Plaintiff

/s/ Chad C. Marchand
FORREST S. LATTA        (LATTF0526)
CHAD C. MARCHAND   (MARCC5089)
Attorneys for Defendant
Fidelity & Guaranty Life Insurance Company/
Old Mutual Financial Network

OF COUNSEL:

BOWRON, LATTA, & WASDEN, P.C.
P.O. Box 16046
Mobile, AL 36616
Phone: (251) 344-5151
Fax:    (251) 344-9696
E-mail: ccm@bowronlatta.com

CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to participating parties; and, I also hereby certify that I have served:

Terry G. Key, attorney for plaintiff

I also hereby certify that I have mailed the foregoing documents by United States Postal Service of Pro Se party, *Alvertis Dixon, 3725 Quenby Drive, Montgomery, Alabama 36116-0000*.

                                                /s/ Chad C. Marchand