IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBIE CLEAVLAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv655-W |
| | ) | |
| FIDELITY & GUARANTY | ) | |
| INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file in this case, the court has determined that defendant Alvertis Dixon has not filed an answer. Accordingly, and for good cause, it is

ORDERED that defendant Alvertis Dixon shall file an answer on or before October 27, 2005. If defendant does not file a timely answer in response to this order, plaintiff shall, on or before November 14, 2005 either:

1. Dismiss said defendant;

2. File an appropriate application for default pursuant to Fed. R. Civ. P. 55; or

3. Otherwise indicate to the court how he wishes to proceed.

The Clerk of the Court is DIRECTED to serve defendant Alvertis Dixon with a copy of this order at the address provided by plaintiff for service of process.

DONE, this 18th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE