IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED 2005 AUG 26 A 9: 47

~~Bobbie Cleavland~~

Plaintiff(s),

v.

Fidelity & Guaranty Life Insurance Company, et al

Defendant(s).

CIVIL ACTION NO. ~~2:05cv655-W~~

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/24/05
Date

_Signature_ Terry G. Key (KEy-011)

Bobbie Cleavland
Counsel For (**print** name of all parties)

P. O. Box 927
Dothan, AL  36302
Address, City, State Zip Code

(334) 793-1555
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**