RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA  2005 AUG 26  A 9: 43

| | | |
|---|---|---|
| **BOBBIE CLEAVLAND**_____, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | CIVIL ACTION NO. **2:05cv655(W)** |
| **FIDELITY & GUARANTY LIFE INS.CO./** | ) | |
| **OLD MUTUAL FINANCIAL NETWORKS, ET AL** | ) | |
| _____, | ) | |
| | ) | |
| Defendant(s). | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/23/05
Date

_[signature]_
Signature
**Forrest S. Latta**
**Chad C. Marchand**

Counsel For (**print** name of all parties)
**Fidelity & Guaranty Life Ins. Co./**
**Old Mutual Financial Networks, et al**

**Post Office Box 16046**
Address, City, State Zip Code
**Mobile, Alabama  36616**

**(251) 344-5151**
Telephone Number

**DO NOT FILE THIS FORM ELECTRONICALLY**