IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBIE CLEAVLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv655-W |
| | ) |
| FIDELITY & GUARANTY | ) |
| INSURANCE COMPANY OLD | ) |
| MUTUAL FINANCIAL NETWORK, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon notification by the parties that they have reached a settlement in this matter, and for good cause, it is

ORDERED that on or before December 19, 2005, the parties shall file a joint stipulation of dismissal or other appropriate pleadings.

DONE, this 7th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE