IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBIE CLEAVLAND | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CV-02:05CV655-W |
| | * |
| FIDELITY & GUARANTY LIFE | * |
| INSURANCE COMPANY/ | * |
| OLD MUTUAL FINANCIAL | * |
| NETWORK, ALVERTIS DIXON, et al. | * |

JOINT STIPULATION FOR DISMISSAL

Plaintiff BOBBIE CLEAVLAND and Defendant FIDELITY & GUARANTY LIFE INSURANCE COMPANY/OLD MUTUAL FINANCIAL NETWORK, by and through their respective undersigned counsels of record, stipulate to the dismissal of the above-styled action *with prejudice*, each party to bear their own costs of this action.

_____
Terry G. Key          (KEY011)
Attorney for Plaintiff

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
Post Office Box 927
Dothan, Alabama 36302

_____
FORREST S. LATTA     (LATTF0526)
CHAD C. MARCHAND     (MARCC5089)
Attorneys for Defendant
Fidelity & Guaranty Life Insurance Company/
Old Mutual Financial Network

OF COUNSEL:
BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616