IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBIE CLEAVLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.2:05cv655-W |
| | ) |
| FIDELITY & GUARANTY LIFE | ) |
| INSURANCE COMPANY; et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Pursuant to the joint stipulation for dismissal filed by the parties on January 3, 2006, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear its own costs.

DONE, this 5th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE